# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**KIMBERLY RENE MASSEY**                                                        **PLAINTIFF**

**VS**                                                **CIVIL ACTION NO: 4:08CV75-TSL-LRA**

**MERIDIAN PUBLIC SCHOOL DISTRICT**                                             **DEFENDANT**

## ORDER DISMISSING ACTION BY AGREEMENT OF THE PARTIES

The Court has been advised by counsel that the parties have reached an agreement whereby this action may be dismissed within sixty (60) days without the necessity of trial. Therefore, it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that this action is dismissed without prejudice. The Court retains complete jurisdiction to vacate this Order and to reopen the action upon cause shown that the agreement of the parties has not been completed and further litigation is necessary.

This the 31st day of March, 2010.

/s/Tom S. Lee
**Senior Judge Tom S. Lee**