**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**KIMBERLY RENE MASSEY**                                                        **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO: 4:08CV75-LRA**

**MERIDIAN PUBLIC SCHOOL DISTRICT**                          **DEFENDANT**

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

This action, having come upon to be heard, and the Court, being advised by signature hereon by counsel for plaintiff and defendant that the parties agree that this action should be dismissed; and,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be, and it hereby is, fully and finally dismissed with prejudice.

**SO ORDERED**, this the 28th day of May, 2010.

                                                            /s/Tom S. Lee
                                                       **U.S. DISTRICT COURT JUDGE**

**APPROVED AND AGREED**:


s/Shane McLaughlin
**Shane McLaughlin   MSB #101185
McLaughlin Law Firm
Counsel for Plaintiff**

s/Grace W. Mitts
**Grace W. Mitts     MSB #3390
Witherspoon & Compton, LLC
John G. Compton   MSB #6433
Witherspoon & Compton, LLC
Counsel for Defendant**